UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| LINDA L. HELTON and WILLIAM R. HELTON<br><br>*Plaintiffs*,<br><br>v.<br><br>CARRABBA'S ITALIAN GRILL,<br><br>*Defendant*. | NO. 3:17-CV-116<br>REEVES/GUYTON |

## MEMORANDUM OPINION AND ORDER

On April 18, 2018, Defendant filed a motion for summary judgment on all claims against it [D. 18]. On May 9, Plaintiffs responded with a motion to deny or continue consideration of Defendant's motion for summary judgment under Federal Rule of Civil Procedure 56(d) until further discovery could be taken [D. 23]. Defendant did not object and agreed to cooperate in scheduling depositions [D.25]. The Court granted Plantiffs' motion, ordering the Plaintiffs to file their response *on or before* August 20 [D. 27].

Plaintiffs have not responded to Defendant's motion and the time for doing so has passed. *See* E.D. Tenn. L.R. 7.1(a). In this Court, failure to respond to a motion "may be deemed a waiver to any opposition to the relief sought." *See* E.D. Tenn. L.R. 7.2. Accordingly, Plaintffs are **ORDERED** to **SHOW CAUSE** in writing on or before **September 10, 2018**, as to why the Defendant's motion should not be granted and this action dismissed. A failure to respond by that date will be grounds for the Court either granting Defendant's motion or dismissing this case for failure to prosecute.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

1